**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**COVINGTON DIVISION**

| | | |
|---|---|---|
| In re: | : | Case No: 10-22511 |
| | : | Chapter 13 |
| Douglas Alan Bidwell | : | Judge Wise |
| Linda Smith-Bidwell | : | |
| | : | **MOTION TO MODIFY DEBTORS'** |
| **Debtors** | : | **CHAPTER 13 PLAN OF** |
| | : | **REORGANIZATION** |
| | : | |
| | : | |

Now come Debtors, by and through counsel, and move this honorable Court to issue an order modifying Debtors' Chapter 13 Plan of Reorganization. Debtors suffered a significant reduction in income in March 2011 due to Debtor-wife's loss of employment at St. Elizabeth Hospital. Debtors have attached a restated Schedule I and J to more accurately show Debtors' current income and expenses. Debtors have also attached Debtor-husband's recent pay stubs along with verification of Debtor-wife's unemployment benefits.

Wherefore, Debtors request the Court to issue an order modifying Debtors' Chapter 13 Plan as follows:

1) The Debtors' Chapter 13 Plan payments are deemed current through the payment due for July 2012;

2) The Debtors' Chapter 13 Plan payment is reduced to $625.00 per month beginning with the payment due for August 2012;

3) The Debtors shall be on probation with respect to plan payments in the within case for a period of one (1) year from the date of this order and shall have a twenty-one (21) day grace period on payments coming due within that time; and

4) Upon failure of the Debtors to make any payment as set forth in the above paragraphs, the Chapter 13 Trustee shall, without further motion or hearing, file with the Court a notice of failure to comply with the terms of this order and submit to the Court an order dismissing this Chapter 13 case for failure to make payments in accordance with the terms of the confirmed plan as modified herein and the orders of the Court.

Respectfully submitted,

/s/ Andrew L. Ruben
Andrew L. Ruben, Esq. (KY-93812)
DAVID KRUER & COMPANY, LLC
Attorneys for Debtors
118 W. 5th Street, Suite E
Covington, KY  41011
(859) 291-7213

**NOTICE OF HEARING**

Notice is hereby given that this Motion will be brought on for hearing in the U.S. Bankruptcy Courtroom, US Courthouse, 3rd Floor, Room 306, 35 West 5th Street, Covington, KY on August 14, 2012 10:00 am. or at such time as business of the Court permits.

**CERTIFICATE OF SERVICE**

The Undersigned hereby certifies that a copy of the foregoing has been duly served upon the parties as listed below in accordance with applicable Bankruptcy and Local Rules of Procedure by U.S. Mail or electronic service, if so permitted as to such party, sent this  16th  day of July, 2012.

/s/ Andrew L. Ruben
Andrew L. Ruben, Esq. (KY-93812)

Beverly Burden, Esq.
Chapter 13 Trustee
(via ECF)

U.S. Trustee
(via ECF)

Recovery Management Systems Corp.
(via ECF)

John Day, Esq.
Attorney for Huntington National Bank
(via ECF)

Septtimous Taylor
U.S. Bank, NA
(via ECF)

Elizabeth A. McHargue
American Honda Finance Corp.
(via ECF)

Ally Financial
PO Box 130424
Roseville, MN 55113

Discover Bank
DFS Services LLC
PO Box 3025
New Albany, OH 43054-3025

Department Stores National Bank/Macys
Bankruptcy Processing
PO Box 8053
Mason, OH 45040

Huntington National Bank
PO Box 89424
Cleveland, OH 44101-8539

Credit First NA
PO Box 818011
Cleveland, OH 44181

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541

American Honda Finance Corporation
PO Box 168088
Irving, TX 75016-8088

U.S. Bank, NA
Attn: Septtimous Taylor
4830 Towne Square Court
Owensboro, KY 42301

Chase Bank USA, NA
c/o Creditors Bankruptcy Service
PO Box 740933
Dallas, TX 75374

Specialized Loan Servicing LLC
8742 Lucent Blvd, Suite 300
Highlands Ranch, CO 80129

Chase Bank USA, NA
PO Box 15145
Wilmington, DE 19850-5145

SEMC FCU
577 Dudley Rd.
Ft. Mitchell, KY 41017-3248

US Bank, NA
PO Box 5229
Cincinnati, OH 45201

M&T Bank
1100 Wehrle Drive
Williamsville, NY 14221

Douglas Alan Bidwell
Linda Smith-Bidwell
111 Shelby Street
Bromley, KY 41016

**St. Elizabeth Healthcare**
401 E. 20th Street
Covington, KY 41014

| | | |
|---|---|---|
| Pay Group: | ALH-St. Elizabeth | |
| Pay Begin Date: | 04/15/2012 | |
| Pay End Date: | 04/28/2012 | |

| | |
|---|---|
| Business Unit: | SEMC |
| Advice #: | 000000001869901 |
| Advice Date: | 05/03/2012 |

| TAX DATA: | Federal | KY State |
|---|---|---|
| Marital Status: | Single | Single |
| Allowances: | 0 | 0 |
| Addl. Amount: | | |

Douglas A. Bidwell
111 Shelby Street
Bromley, KY 41016

| | |
|---|---|
| Employee ID: | 12429 |
| Department: | 205704-Health Information Management |
| Location: | St. Elizabeth Edgewood |
| Job Title: | Supv Digital Media |
| Pay Rate: | $23.240000 Hourly |

## HOURS AND EARNINGS

| | | Current | | YTD | |
|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings |
| Regular Earnings - Day | 23.240000 | 80.00 | 1,859.20 | 688.00 | 15,575.68 |
| Gainsharing | | | 0.00 | | 3,033.88 |
| PTO Cash Out Adjustment | | | 0.00 | | -135.36 |
| PTO Cash Out | | | 0.00 | 60.00 | 1,353.60 |
| Paid Time Off | | | 0.00 | 32.00 | 721.92 |
| **TOTAL:** | | **80.00** | **1,859.20** | **780.00** | **20,549.72** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 240.91 | 2,753.70 |
| Fed MED/EE | 24.56 | 276.43 |
| Fed OASDI/EE | 71.16 | 800.71 |
| KY Withholdng | 83.93 | 941.45 |
| KY KENTON CO Withholdng | 13.21 | 145.97 |
| KY EDGEWOOD Withholdng | 18.61 | 205.69 |
| **TOTAL:** | **452.38** | **5,123.95** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Humana Plan I | 143.28 | 1,289.52 |
| Humana Enhanced Dental | 23.80 | 214.20 |
| 403(b) | 37.18 | 522.01 |
| **TOTAL:** | **204.26** | **2,025.73** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Cafe Edgewood | 27.08 | 225.18 |
| Out Patient Pharm Quick Charge | 7.50 | 194.42 |
| Whole Life | 19.33 | 173.97 |
| Gift Shop Florence | 0.00 | 14.36 |
| Cafe Ft. Thomas | 0.00 | 1.27 |
| Gift Shop Edgewood QC | 0.00 | 20.70 |
| **TOTAL:** | **53.91** | **629.90** |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Humana Plan I | 811.89 | 7,307.01 |
| Humana Enhanced Dental | 20.70 | 186.30 |
| Life Insurance | 2.91 | 25.47 |
| Life Insurance* | 2.17 | 18.41 |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,859.20 | 1,657.11 | 452.38 | 258.17 | 1,148.65 |
| YTD | 20,549.72 | 18,542.40 | 5,123.95 | 2,655.63 | 12,770.14 |

## LEAVE PLANS

| | PTO | | STD |
|---|---|---|---|
| | Current | Total | Total |
| Start Balance | | 97.4 | 627.4 |
| + Earned | 10.2 | 91.4 | 0.0 |
| - Taken | 0.0 | 92.0 | 0.0 |
| - Sold | 0.0 | 0.0 | 0.0 |
| + Adjustments | 0.0 | 0.0 | 0.0 |
| **End Balance** | **10.2** | **96.8** | **627.4** |
| Service Hours | 80.0 | 43,638.6 | |

## NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000001869901 | Savings | 61796000 | 83.05 |
| | Checking | 491769170 | 1,065.60 |
| **TOTAL:** | | | **1,148.65** |

MESSAGE:

**St. Elizabeth Healthcare**
401 E. 20th Street
Covington, KY 41014

| Pay Group: | ALH-St. Elizabeth |
|---|---|
| Pay Begin Date: | 04/29/2012 |
| Pay End Date: | 05/12/2012 |

| Business Unit: | SEMC |
|---|---|
| Advice #: | 000000001876010 |
| Advice Date: | 05/17/2012 |

| TAX DATA: | Federal | KY State |
|---|---|---|
| Marital Status: | Single | Single |
| Allowances: | 0 | 0 |
| Addl. Amount: | | |

Douglas A. Bidwell
111 Shelby Street
Bromley, KY 41016

| Employee ID: | 12429 |
|---|---|
| Department: | 205704-Health Information Management |
| Location: | St. Elizabeth Edgewood |
| Job Title: | Supv Digital Media |
| Pay Rate: | $23.240000 Hourly |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Earnings - Day | 23.240000 | 80.00 | 1,859.20 | 768.00 | 17,434.88 |
| Gainsharing | | | 0.00 | | 3,033.88 |
| PTO Cash Out Adjustment | | | 0.00 | | -135.36 |
| PTO Cash Out | | | 0.00 | 60.00 | 1,353.60 |
| Paid Time Off | | | 0.00 | 32.00 | 721.92 |
| **TOTAL:** | | **80.00** | **1,859.20** | **860.00** | **22,408.92** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 240.91 | 2,994.61 |
| Fed MED/EE | 24.57 | 301.00 |
| Fed OASDI/EE | 71.16 | 871.87 |
| KY Withholdng | 83.93 | 1,025.38 |
| KY KENTON CO Withholdng | 13.21 | 159.18 |
| KY EDGEWOOD Withholdng | 18.61 | 224.30 |
| **TOTAL:** | **452.39** | **5,576.34** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Humana Plan I | 143.28 | 1,432.80 |
| Humana Enhanced Dental | 23.80 | 238.00 |
| 403(b) | 37.18 | 559.19 |
| **TOTAL:** | **204.26** | **2,229.99** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Cafe Edgewood | 24.63 | 249.81 |
| Out Patient Pharm Quick Charge | 25.37 | 219.79 |
| Whole Life | 19.33 | 193.30 |
| Gift Shop Florence | 0.00 | 14.36 |
| Cafe Ft. Thomas | 0.00 | 1.27 |
| Gift Shop Edgewood QC | 0.00 | 20.70 |
| **TOTAL:** | **69.33** | **699.23** |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Humana Plan I | 811.89 | 8,118.90 |
| Humana Enhanced Dental | 20.70 | 207.00 |
| Life Insurance | 2.91 | 28.38 |
| Life Insurance* | 2.17 | 20.58 |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,859.20 | 1,657.11 | 452.39 | 273.59 | 1,133.22 |
| YTD | 22,408.92 | 20,199.51 | 5,576.34 | 2,929.22 | 13,903.36 |

## LEAVE PLANS

| | PTO Current | PTO Total | STD Total |
|---|---|---|---|
| Start Balance | | 97.4 | 627.4 |
| + Earned | 10.2 | 101.5 | 0.0 |
| - Taken | 0.0 | 92.0 | 0.0 |
| - Sold | 0.0 | 0.0 | 0.0 |
| + Adjustments | 0.0 | 0.0 | 0.0 |
| **End Balance** | **10.2** | **106.9** | **627.4** |
| Service Hours | 80.0 | 43,718.6 | |

## NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000001876010 | Savings | 61796000 | 83.05 |
| | Checking | 491769170 | 1,050.17 |
| **TOTAL:** | | | **1,133.22** |

MESSAGE:

| | | | CLAIMS CENTER | TPD/BALANCE | PAY NO. | W.B.A. |
|---|---|---|---|---|---|---|
| WEEK 1 | 05/20/12 - 05/26/12 | WEEK 2 | | | | UA 7322432 |

Find jobs easier with new OET jobsmatch system @ http:selfreg.ky.gov/

| | DATE(S) WORKED | EMPLOYER NAME OR SOURCE OF INCOME | NO. HOURS WORKED | GROSS PAY | DO NOT WRITE IN THIS BOX |
|---|---|---|---|---|---|
| WK 1 | | | | | |
| WK 2 | | | | | |

DURING THE WEEK(S) LISTED ABOVE:

1. DID YOU DO ANY TYPE OF WORK? __ YES __ NO  2. DID YOU EARN ANY WAGES? __ YES __ NO  3. DID YOU REFUSE WORK, QUIT A JOB, OR WERE YOU FIRED FROM A JOB? __ YES __ NO
4. DID YOU RETURN TO FULL-TIME WORK? __ YES __ NO  IF "YES," ENTER DATE: _____ EMPLOYER: _____
5. WERE YOU ABLE AND AVAILABLE FOR FULL-TIME WORK? __ YES __ NO  6. WERE YOU ACTIVELY SEEKING FULL-TIME WORK? __ YES __ NO

YOU MUST REPORT **ALL** EARNINGS FOR ANY DAYS YOU **WORKED** OR WERE ELIGIBLE FOR HOLIDAY OR VACATION PAY DURING A WEEK CLAIMED, **NOT** THE WEEK YOU **RECEIVE** YOUR PAY. EACH WEEK BEGINS ON SUNDAY AND ENDS ON SATURDAY MIDNIGHT. YOU MUST BE ABLE AND AVAILABLE FOR WORK EACH DAY.

I CERTIFY that the answers given on this card are complete and truthful, and that I have met all eligibility requirements for receiving benefits as provided by law. I UNDERSTAND that my claim will be audited and I am aware of the penalties imposed by law for falsification or failure to disclose any material fact to obtain benefits.

Claimant's Signature _____  Date signed _____

------- REMOVE DOCUMENT ALONG THIS PERFORATION -------

THE BACKGROUND OF THIS DOCUMENT IS BLUE WITH A GREEN WARNING BAND. THERE IS A SECURITY MARK ON THE BACK. DO NOT ACCEPT WITHOUT THESE FEATURES.

JPMorgan Chase Bank, N.A. Columbus, OH

**COMMONWEALTH OF KENTUCKY**
**DEPARTMENT OF THE TREASURY**
Frankfort, Kentucky

56-1544
441

Check Number
UA 27322432

Date: 05/23/2012

*SEVEN HUNDRED NINETY SIX DOLLARS AND NO CENTS*

Pay to the Order of   LINDA SMITH-BIDWELL
111 SHELBY ST.
BROMLEY KY 410161254

Amount  ********796.00

Todd Hollenbach
State Treasurer

Description: ▬▬▬▬▬▬

⑈27322432⑈ ⑆044115443⑆ 937535920⑈

B6I (Official Form 6I) (12/07)

In re  **Douglas Alan Bidwell**
**Linda Smith-Bidwell**      Case No. **10-22511**

Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S) - AMENDED

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S): **Son** / **Son** | AGE(S): **16** / **18** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Digital Media** | **unemployed** |
| Name of Employer | **St. Elizabeth** | |
| How long employed | **19 years** | |
| Address of Employer | **1 Medical Village Drive, Suite 271 Ft Mitchell, KY 41017** | |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 4,028.00 | $ 0.00 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 4,028.00 | $ 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
|    a. Payroll taxes and social security | $ 980.00 | $ 0.00 |
|    b. Insurance | $ 404.00 | $ 0.00 |
|    c. Union dues | $ 0.00 | $ 0.00 |
|    d. Other (Specify): **403(b)** | $ 81.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 1,465.00 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 2,563.00 | $ 0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. Income from real property | $ 550.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance (Specify): **unemployment** | $ 0.00 | $ 1,724.67 |
| | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income (Specify): **Anticipated Tax Refund** | $ 400.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 950.00 | $ 1,724.67 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 3,513.00 | $ 1,724.67 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ 5,237.67 |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

**B6J (Official Form 6J) (12/07)**

In re  **Douglas Alan Bidwell**
      **Linda Smith-Bidwell** _____   Case No. **10-22511**
                                Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 788.00 |
|   a. Are real estate taxes included?      Yes **X**     No ___ | |
|   b. Is property insurance included?      Yes **X**     No ___ | |
| 2. Utilities:   a. Electricity and heating fuel | $ 350.00 |
|             b. Water and sewer | $ 150.00 |
|             c. Telephone | $ 50.00 |
|             d. Other **See Detailed Expense Attachment** | $ 275.00 |
| 3. Home maintenance (repairs and upkeep) | $ 75.00 |
| 4. Food | $ 450.00 |
| 5. Clothing | $ 25.00 |
| 6. Laundry and dry cleaning | $ 25.00 |
| 7. Medical and dental expenses | $ 300.00 |
| 8. Transportation (not including car payments) | $ 325.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 0.00 |
| 10. Charitable contributions | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|             a. Homeowner's or renter's | $ 56.00 |
|             b. Life | $ 53.00 |
|             c. Health | $ 0.00 |
|             d. Auto | $ 900.00 |
|             e. Other | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
|     (Specify) **city** | $ 40.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|             a. Auto | $ 0.00 |
|             b. Other **Second mortgage - principle residence** | $ 153.78 |
|             c. Other **Mortgage rental property** | $ 366.28 |
| 14. Alimony, maintenance, and support paid to others | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| 17. Other **See Detailed Expense Attachment** | $ 230.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ 4,612.06 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
    **healthcare expense higher then normal due to the need for son's ongoing rehabilitation program.**

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $ 5,237.67 |
| b. Average monthly expenses from Line 18 above | $ 4,612.06 |
| c. Monthly net income (a. minus b.) | $ 625.61 |

**B6J (Official Form 6J) (12/07)**

In re **Douglas Alan Bidwell**
**Linda Smith-Bidwell** Case No. **10-22511**

Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED
## Detailed Expense Attachment

**Other Utility Expenditures:**

| | |
|---|---:|
| 5 cell phones | $ 175.00 |
| cable | $ 50.00 |
| internet | $ 50.00 |
| **Total Other Utility Expenditures** | $ **275.00** |

**Other Expenditures:**

| | |
|---|---:|
| personal care items | $ 50.00 |
| cigarettes | $ 80.00 |
| pet supplies | $ 50.00 |
| misc college expenses for son | $ 50.00 |
| **Total Other Expenditures** | $ **230.00** |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Eastern District of Kentucky

In re  **Douglas Alan Bidwell**
**Linda Smith-Bidwell** _____   Case No. **10-22511**
Debtor(s)                                        Chapter  **13**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __3__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **May 31, 2012**          Signature  **/s/ Douglas Alan Bidwell**
                                          **Douglas Alan Bidwell**
                                          Debtor

Date **May 31, 2012**          Signature  **/s/ Linda Smith-Bidwell**
                                          **Linda Smith-Bidwell**
                                          Joint Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.